In the Matter of the Application of Sigismund J. Trapani, etc.— Order of the Special Term affirmed, without costs. No opinion. Woodward, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Eugene Conran v. John T. Dooling and Others, Constituting the Board of Elections of the City of New York.— Appeal dismissed, without costs. Woodward, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. William Otis Badger, Jr., v. John T. Dooling and Others, Constituting the Board of Elections of the City of New York.— Order of the Special Term reversed and determination of the board of elections confirmed, without costs. No opinion. Woodward, Burr, Rich and Miller, JJ., concurred.

Frank E. Applegate and Ethel M. A. Du Bois, Respondents, v. Ida Applegate Drake, Appellant, Impleaded with Harold G. Applegate, an Incompetent.— Order modified so as to limit the examination to the following matters: (1) Whether the paper purporting to be the last will and testament of Joseph Applegate, deceased, is in the defendant Drake's handwriting; (2) if not, who drafted the alleged will before the same was copied, if the defendant Drake knows; and (3) any conversations between the defendant Drake and the testator in relation to the will, and everything which the defendant Drake heard said by the testator in connection therewith which is material to the controversy, and as thus modified affirmed, without costs, on the authority of *Schweinburg* v. *Altman* (131 App. Div. 795). Woodward, Burr, Rich and Miller, JJ., concurred; Hirschberg, P. J., voted to affirm the order.

Mary Brady, as Administratrix, etc., of Patrick Brady, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Reargument ordered, and case set down for Tuesday, November 16, 1909. Present — Woodward, Jenks, Rich and Miller, JJ.

Louis C. Brown and Henry Stroh, etc., Respondents, v. Richmond Light and Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Gussie Cohen, as Administratrix, etc., of David Cohen, Deceased, Respondent, v. William Gleichmann, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of The City of New York, Appellants, to Acquire Real Estate, etc. (Kensico Reservoir, Section No. 6. First Separate Report.) Various Claimants, Respondents.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of The City of New York, Appellants, to Acquire Real Estate, etc. (Hill View Reservoir, Section No. 1. Third Separate Report.) Various Claimants, Respondents.—Order in so far as